

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00409-CV

IN RE K.D.

§ Original Proceeding

§ From the 431st District Court

§ of Denton County (18-8906-431)

§ January 9, 2020

§ Opinion by Justice Birdwell

## JUDGMENT

This court has considered the petition for writ of habeas corpus filed by relator. We grant relator's petition, vacate the trial court's November 1, 2019 order, and order relator discharged from any further confinement under that order.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
     Justice Wade Birdwell